UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No. 19-45317-659 |
|---|---|---|
| | ) | |
| Donna Jean Bloomfield | ) | Chapter 7 |
| | ) | |
| | ) | **ORDER CONFIRMING TRUSTEE'S** |
| Debtors | ) | **MOTION TO EMPLOY SPECIAL** |
| | | **LITIGATION COUNSEL** |

This matter comes before the Court on the Trustee's Motion to Employ Special Litigation Counsel. The Court, being fully advised, GRANTS the Motion as follows:

IT IS ORDERED that the employment of Joseph Ott of Ott Law Firm by the Trustee is hereby approved and confirmed pursuant to 11 U.S.C. §§ 327 and 328, effective as of the earlier of the date of the underlying Motion or when the attorney first performed work in the case. All compensation is subject to further Order of the Court.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: January 12, 2021
St. Louis, Missouri
jjh

Order Prepared By:

Kristin J. Conwell, Trustee Conwell
Law Firm, LLC
PO BOX 56550
Saint Louis MO 63156
314-652-1120
kconwell@conwellfirm.com

Motion to Employ Attorney

Copies to:
Donna Jean Bloomfield
9843 CHARWICK DRIVE
SAINT LOUIS, MO  63128

Jeffrey Lane Ringling, Esquire
ROSENTHAL & RINGLING 11415
ST. CHARLES ROCK ROAD
BRIDGETON, MO  63044

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

Joseph Ott, Esquire
Ott Law Firm
3407 South Jefferson Ave, Suite
#508 St. Louis, MO 63118

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Donna Jean Bloomfield  
    Debtor

Case No. 19-45317-kss  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: pdfo1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Jean Bloomfield, 9843 Charwick Drive, Saint Louis, MO 63128-1702 |
| sp | + | Joseph A. Ott, Ott Law Firm LLC, 3407 South Jefferson Ave., Suite 508, St. Louis, MO 63118-3119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Lane Ringling | on behalf of Debtor Donna Jean Bloomfield Rosenthalandringling@yahoo.com  jlringling@gmail.com |
| Kristin J Conwell | kconwell@conwellfirm.com  kconwell@ecf.axosfs.com,kristinconwell@gmail.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3