**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re: Donna Jean Bloomfield
Debtor(s):

Case No.: 19–45317 –A659

CHAPTER 7

## NOTICE OF FINAL OPPORTUNITY TO FILE CLAIMS

**PLEASE TAKE NOTICE** that the deadline to file proofs of claims in this case has expired. However, the Chapter 7 Trustee has reported that there are funds remaining after allowance and payment of timely filed claims. As a result, please take notice that funds may be available to pay tardily filed claims in accordance with Section 726(a)(2)(C) or Section 726(a)(3) of Title 11 of the United States Code.

To be allowed and considered for payment, a proof of claim must be filed with the Clerk. If a proof of claim has already been filed, it is not necessary to file again. Only proofs of claims that are filed and allowed will share in the distribution in this case. Claimants should use the Court's Electronic Proof of Claim Filing system (ePOC) found on the Court's web site at www.moeb.uscourts.gov to file their proof of claims.

### LAST DAY TO FILE PROOFS OF CLAIMS IS
6/21/22

**FOR THE COURT**
**/s/ Dana C. McWay**

Clerk of Court

Dated: 5/5/22
St. Louis, Missouri
Rev. 12/17 fnlpfclm