**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:  Donna Jean Bloomfield
  Debtor(s):

Case No.: 19−45317 −A659

CHAPTER  7

## NOTICE OF FINAL OPPORTUNITY TO FILE CLAIMS

**PLEASE TAKE NOTICE** that the deadline to file proofs of claims in this case has expired. However, the Chapter 7 Trustee has reported that there are funds remaining after allowance and payment of timely filed claims. As a result, please take notice that funds may be available to pay tardily filed claims in accordance with Section 726(a)(2)(C) or Section 726(a)(3) of Title 11 of the United States Code.

To be allowed and considered for payment, a proof of claim must be filed with the Clerk. If a proof of claim has already been filed, it is not necessary to file again. Only proofs of claims that are filed and allowed will share in the distribution in this case. Claimants should use the Court's Electronic Proof of Claim Filing system (ePOC) found on the Court's web site at www.moeb.uscourts.gov to file their proof of claims.

## LAST DAY TO FILE PROOFS OF CLAIMS IS
6/21/22

**FOR THE COURT**
**/s/ Dana C. McWay**

Clerk of Court

Dated: 5/5/22
St. Louis, Missouri
Rev. 12/17 fnlpfclm

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Donna Jean Bloomfield  
Debtor

Case No. 19-45317-kss  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0865-4 User: admin Page 1 of 3
Date Rcvd: May 05, 2022 Form ID: fnlpfclm Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Jean Bloomfield, 9843 Charwick Drive, Saint Louis, MO 63128-1702 |
| sp | + | Joseph A. Ott, Ott Law Firm LLC, 3407 South Jefferson Ave., Suite 508, St. Louis, MO 63118-3119 |
| 24320781 | | Allegiant Pathologists, P.O. Box 144333, Orlando, FL 32814-4333 |
| 24320783 | + | Central Financial Control, P.O. Box 66044, Anaheim, CA 92816-6044 |
| 24320788 | | Dalin Dental Associates, 555 N New Ballas Rd #355, Saint Louis, MO 63141-6839 |
| 24320789 | | Diagnostic Imaging Assoc, P.O. Box 66997, Saint Louis, MO 63166-6997 |
| 24320793 | + | Gateway Gastroenterology, P.O. Box 31725, Saint Louis, MO 63131-0725 |
| 24320794 | | HRRG, P.O. Box 5406, Cincinnati, OH 45273-7942 |
| 24320782 | ++ | MISSOURI BAPTIST MEDICAL CENTER, PO BOX 958410, SAINT LOUIS MO 63195-8410 address filed with court:, BJC Healthcare, P.O. Box 958410, Saint Louis, MO 63195-8410 |
| 24320796 | + | Marion Patterson, 8441 Castle Garden Rd, Palmetto, FL 34221-9561 |
| 24320799 | # | Metro West Anesthesia Group, P.O. Box 1330, Indianapolis, IN 46206-1330 |
| 24320800 | + | Michael Schoenwalder DO, 1585 Woodlake Dr #214, Chesterfield, MO 63017-5740 |
| 24320803 | + | NCB Management Services Inc, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 24320805 | | One Advantage LLC, P.O. Box 23860, Belleville, IL 62223-0860 |
| 24320807 | | Pathology Associates PC, 5700 South Wyck Blvd, Toledo, OH 43614-1509 |
| 24320806 | | Pathology Associates PC, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 24320808 | | Quest Diagnostics, P.O. Box 740780, Cincinnati, OH 45274-0780 |
| 24320809 | + | Safeco Insurance, 175 Berkeley Street, Boston, MA 02116-5066 |
| 24320810 | | Santander Consumer USA, P.O. Box 961245, Terrell, TX 75161 |
| 24320811 | | Southeastern Physician Svc, P.O. Box 635705, Cincinnati, OH 45263-5705 |
| 24320814 | | St. Anthony's Medical Center, P.O. Box 66766, Dept 30696, Saint Louis, MO 63166-6766 |
| 24320815 | + | St. Charles Emergency Group, P.O. Box 400, San Antonio, TX 78292-0400 |
| 24320816 | + | St. Louis College of Health Careers, 1297 N Highway Drive, Fenton, MO 63026-1909 |
| 24320817 | + | St. Luke's Hospital, P.O. Box 500223, Saint Louis, MO 63150-0223 |
| 24320820 | | Wakefield & Associates, P.O. Box 59003, Aurora, CO 80014 |
| 24320821 | | Washington University Physicians, P.O. Box 505462, Saint Louis, MO 63150-5462 |
| 24320822 | | Woods Mill Orthopedics, 224 S. Woods Mill Road #3305, Chesterfield, MO 63017-3497 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24320784 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2022 22:54:00 | Comenity - Express, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 24320785 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2022 22:54:00 | Comenity - New York & Co, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 24320786 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | May 05 2022 22:54:00 | Computer Credit Inc, P.O. Box 5238, Winston Salem, NC 27113-5238 |
| 24320787 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 05 2022 23:02:16 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 24320790 | | Email/Text: bankruptcydepartment@tsico.com | May 05 2022 22:54:00 | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 24320791 | | Email/Text: bankruptcy@frost-arnett.com | May 05 2022 22:53:00 | Frost Arnett Co, P.O. Box 198988, Nashville, TN 37219-8988 |
| 24320794 | ^ | MEBN | May 05 2022 22:54:17 | HRRG, P.O. Box 5406, Cincinnati, OH 45273-7942 |
| 24320795 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2022 22:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24320797 | + | Email/Text: JRepa@mcacollectionagency.com | May 05 2022 22:53:00 | MCA Management Company, P.O. Box 480, High Ridge, MO 63049-0480 |
| 24320798 | | Email/Text: rcpsbankruptcynotices@parallon.com | May 05 2022 22:55:00 | Medicredit Inc, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 24320801 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 22:54:00 | Midland Credit Management, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 24884368 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 22:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 24320802 | | Email/Text: ecfnotices@dor.mo.gov | May 05 2022 22:53:00 | Missouri Department of Revenue, Bankruptcy Unit, P.O. Box 475, 301 W. High Street, Jefferson City, MO 65105-0475 |
| 24320803 | ^ | MEBN | May 05 2022 22:52:47 | NCB Management Services Inc, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 24320804 | | Email/Text: electronicbkydocs@nelnet.net | May 05 2022 22:54:00 | Nelnet, P.O. Box 2877, Omaha, NE 68103-2877 |
| 24321307 | + | Email/PDF: rmscedi@recoverycorp.com | May 05 2022 23:02:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 24320808 | ^ | MEBN | May 05 2022 22:53:34 | Quest Diagnostics, P.O. Box 740780, Cincinnati, OH 45274-0780 |
| 24320813 | | Email/Text: bankruptcynotifications@ssmhealth.com | May 05 2022 22:55:00 | SSM Health - St. Joseph Hospital, P.O. Box 776236, Chicago, IL 60677-2007 |
| 24320818 | | Email/Text: amieg@stcol.com | May 05 2022 22:53:00 | State Collection Service, 2509 S. Stoughton Rd, Madison, WI 53716 |
| 24320812 | | Email/Text: bankruptcy@sw-credit.com | May 05 2022 22:54:00 | Southwest Credit, 4120 International Pkwy #1100, Carrollton, TX 75007-1958 |
| 24898251 | | Email/PDF: ebn_ais@aisinfo.com | May 05 2022 23:02:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 24320819 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2022 22:53:00 | Verizon, P.O. Box 4005, Acworth, GA 30101-9006 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 24320792 | *P++ | FROST ARNETT, BANKRUPTCY DEPARTMENT, PO BOX 198988, NASHVILLE TN 37219-8988, address filed with court:, Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0865-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: fnlpfclm | Total Noticed: 46 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2022         Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Lane Ringling | on behalf of Debtor Donna Jean Bloomfield Rosenthalandringling@yahoo.com  jlringling@gmail.com |
| Kristin J Conwell | kconwell@conwellfirm.com  kconwell@ecf.axosfs.com,kristinconwell@gmail.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3