UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No. 19-45317-659 |
|---|---|---|
| | ) | Chapter 7 |
| Donna Jean Bloomfield | ) | |
| | ) | **ORDER CONFIRMING TRUSTEE'S** |
| | ) | **MOTION FOR APPROVAL OF** |
| Debtor | ) | **EMPLOYMENT OF ATTORNEYS** |
| | | Re: Doc. # 18 |

The Trustee's Motion for Approval of Employment of Attorneys filed in the above-entitled and numbered cause came on to be considered by this Court. Now, after having considered such Motion and all relevant facts of record,

IT IS ORDERED, AJUDGED AND DECREED that the employment of Gary L. Vincent and Conwell Law Firm, LLC by the Trustee is hereby approved and confirmed pursuant to 11 U.S.C. §§327 and 328. Such employment shall be effective as of the earlier of the date of the underlying Application or when the attorneys first performed work in the case. All compensation is subject to further Order of the Court.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: May 10, 2022
St. Louis, Missouri
jjh

Order Prepared by:

Kristin J. Conwell
Chapter 7 Trustee
CONWELL LAW FIRM LLC
PO BOX 56550, ST. LOUIS, MO 63156

(314)652-1120
fax

Copies Mailed to:

Donna Jean Bloomfield
9843 CHARWICK DRIVE
SAINT LOUIS, MO 63128

Jeffrey Lane Ringling
ROSENTHAL & RINGLING
11415 ST. CHARLES ROCK ROAD
BRIDGETON, MO 63044

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

# United States Bankruptcy Court
## Eastern District of Missouri

In re:                                                                                                                           Case No. 19-45317-kss

Donna Jean Bloomfield                                                                     Chapter 7

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4                                                       User: admin                                                        Page 1 of 1

Date Rcvd: May 10, 2022                                             Form ID: pdfo1                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

**Recip ID            Recipient Name and Address**
db                 +   Donna Jean Bloomfield, 9843 Charwick Drive, Saint Louis, MO 63128-1702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                                       Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary Vincent | on behalf of Trustee Kristin J Conwell trusteeattorney@conwellfirm.com |
| Jeffrey Lane Ringling | on behalf of Debtor Donna Jean Bloomfield Rosenthalandringling@yahoo.com jlringling@gmail.com |
| Kristin J Conwell | kconwell@conwellfirm.com kconwell@ecf.axosfs.com,kristinconwell@gmail.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 4